# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

ALBERT LEE JOHNSON,
ADC #86314                                                              PLAINTIFF

v.                              Case No. 5:10-cv-320-DPM

RAY HOBBS,
**Director, Arkansas Department
of Correction**                                                        DEFENDANT

## JUDGMENT

Albert Johnson's petition for writ of habeas corpus, *Document No. 1*, is dismissed with prejudice.   The relief sought is denied.   A certificate of appealability is denied.

D.P. Marshall Jr.
United States District Judge

20 April 2011